Theodore D. Anthony, Plaintiff-Appellee, v. Yellow Cab Company, a Corporation, Defendant-Appellant.

Gen. No. 49,169.

First District, Fourth Division.

July 1, 1964.

Jesmer & Harris, of Chicago (Julius Jesmer, of counsel), for appellant; Herbert F. Stride, of Chicago, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.